**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-2000**

_____

BRITTANY M. TOMLINSON,

Plaintiff - Appellant,

v.

KACIE CAMPBELL; JUDGE REESON FAIRCLOTH; JUDGE JOY JONES; STATE OF NORTH CAROLINA,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:24-cv-00586-D-RJ)

_____

Submitted:  March 27, 2026                        Decided:  May 19, 2026

_____

Before RICHARDSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Brittany M. Tomlinson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brittany M. Tomlinson appeals the district court's order dismissing her civil action pursuant to 28 U.S.C. § 1915(e)(2)(B).[*]  However, we have already affirmed the same district court order Tomlinson now seeks to appeal. *Tomlinson v. Campbell*, No. 24-2257, 2025 WL 1218992 (4th Cir. Apr. 28, 2025).  Accordingly, we dismiss the appeal as duplicative.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Tomlinson has filed motions for monetary damages, to supplement the record, and to extend the filing time to supplement the record.  We deny all pending motions.